# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **JOHN ROBERT DEMOS, JR.,** | ) | |
| | ) | |
| PETITIONER | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:15-CR-284-DBH |
| | ) | |
| **UNITED STATES PRESIDENT,** | ) | |
| | ) | |
| RESPONDENT | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On July 24, 2015, the United States Magistrate Judge filed with the court, with a copy to the petitioner, his Recommended Decision on the petition for writ of habeas corpus under 28 U.S.C. § 2241.  The petitioner filed his objection to the Recommended Decision on August 13, 2015.  I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The petition is **DISMISSED**.  To the extent that the petitioner's petition is governed by 28 U.S.C. § 2254, I **DENY** a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2254 Cases

because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

DATED THIS 14TH DAY OF AUGUST, 2015

/S/D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE

2